## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Towanda Taylor,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Pioneer Credit Recovery, Inc.,; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.:<br>1:19-cv-03051-WMR-JSA |

## PLAINTIFF TOWANDA TAYLOR'S NOTICE OF
## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Towanda Taylor, through counsel, hereby withdraws the complaint and voluntarily dismisses this action without prejudice.

Dated: July 25, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/  Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　Attorney Bar No.: 598666
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Towanda Taylor
　　　　　　　　　　　　　　　　　　　LEMBERG LAW, L.L.C.
　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2019, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Sergei Lemberg
Georgia Bar No. 598666
Attorney for Plaintiffs

LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424